

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2020

No. 04-20-00007-CV

**AKF GROUP LLC**,
Appellant

v.

Keath **GARRISON** and Kassie Garrison, Individually and as Next Friend of Karrah Garrison
and Maycie Garrison, Minors; Haela Garrison; Ernest D. Copelin, Individually and as
Representative of the Estate of Roper T. Nathon Copelin, Deceased' and Tangela M. Copelin,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00853
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellees' briefs were due on February 18, 2020.  *See* Tex. R. App. P. 38.6(b).  Before the due date, Appellee Texas Mutual Insurance Company filed an unopposed motion for a thirty-day extension of time to file its brief.

Texas Mutual Insurance Company's motion is GRANTED.  Its brief is due on March 19, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court